IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
9/7/99 PURSUANT
TO FRCP RULES 58 & 79a

ISABEL FORTES RAMOS,

    Plaintiff,

v.       CIVIL NO. 97-2546 (RLA)

BANCO CENTRAL HISPANO,
et al.,

    Defendants.

## JUDGMENT

Plaintiff has consistently disregarded defendants' discovery requests and has also failed to appear for the taking of her deposition contrary to the Court's specific instructions. Accordingly, absent opposition and it appearing that dismissal of this action is warranted, the Motion Requesting Dismissal, filed by codefendant BANCO CENTRAL HISPANO on July 29, 1999 (docket No. **63**), and the Motion Requesting Dismissal, filed by codefendants BANCO SANTANDER PUERTO RICO and BANCO SANTANDER (ESPAÑA) S.A. on August 18, 1999 (docket No. **64**), are hereby **GRANTED**.

Accordingly, it is ORDERED AND ADJUDGED that the complaint filed in this case be the same is hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 2nd day of September, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)